■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID HARDY, Appellant. [669 NYS2d 806] —Judgment, Supreme Court, New York County (Joan Sudolnik, J.), rendered November 14, 1994, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence, notwithstanding the fact that the jury failed to reach a verdict on the sale count (*see, People v LaSane*, 232 AD2d 333, *lv denied* 89 NY2d 986; *People v Martinez*, 165 AD2d 788, *lv .denied* 78 NY2d 924). Concur—Sullivan, J. P., Rosenberger, Ellerin and Tom, JJ.